IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON MARTIN,

                Plaintiff,                              ORDER

       v.                                       16-cv-382-wmc

JERROD McDONALD, *et al.*,

                Defendants.

---

      Plaintiff Brandon Martin filed this proposed civil action against defendants for personal injuries he allegedly suffered after one of the defendants made racist comments towards him and injured him with a chair. On January 31, 2018, the court entered an order granting Martin leave to proceed on several claims in this case. The court's order, however, has been returned because Martin was released from the Stateville Correctional Center in Joliet, Illinois and has failed to provide an updated address. (Dkt. # 12.)

      It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to his or her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *see also Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who invokes the processes of the federal courts is responsible for maintaining communication with the court during the

1

pendency of his lawsuit."). Because Martin has failed to provide a current address, it appears that he has abandoned this case.

Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaint filed by plaintiff Brandon Martin is DISMISSED without prejudice for want of prosecution. Relief from this order may be granted upon a showing of good cause.

Entered this 15th day of February, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge