IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON MARTIN,

    Plaintiff,

v.

JERROD McDONALD, SCOTT RUSSELL
PROPERTIES and SCOTT RUSSEL,

    Defendants,

JUDGMENT IN A CIVIL CASE

16-cv-382-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 2/15/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |